**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

**No. 07-7386**

——————————

In Re:  DOUGLAS JARVIS,

                                           Petitioner.


——————————

On Petition for Writ of Mandamus   (2:91-cr-00070-JAM)

——————————

Submitted:  November 20, 2007       Decided:  November 29, 2007

——————————

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

——————————

Petition denied by unpublished per curiam opinion.

——————————

Douglas Jarvis, Appellant Pro Se.

——————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Jarvis petitions for a writ of mandamus seeking an order directing the district court to grant relief on his motion to correct a clerical error. The district court previously denied the motion. We conclude that Jarvis is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Jarvis is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED